Luther E. Shimm, Respondent, v. The Exchange Broadway Bath Co., Limited, Appellant.

Appeal from judgment in favor of the plaintiff, entered upon a verdict.

*Kudlich & Finck,* for appellant.

*Brooke & Brooke,* for respondent.

McCarthy, J.   The issues of fact in this case were properly submitted to the jury and were clear and favorable to the defendant.

The verdict of the jury cannot be disturbed, and finding no errors, judgment must, therefore, be affirmed, with costs.

Van Wyck, Ch. J., and Fitzsimons, J., concur.
Judgment affirmed, with costs.